No. 96–7414. PHIDD v. CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 96–7443. JACKSON v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 96–7444. MIXON v. JOHNSON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 96–7459. ADKINS v. GILMORE, ATTORNEY GENERAL OF VIRGINIA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–7489. JOHNSON v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 96–7527. MCKINLEY v. DISTRICT OF COLUMBIA DEPARTMENT OF HUMAN SERVICES. Ct. App. D. C. Certiorari denied.

No. 96–7528. MORETZ v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 96–7540. ASONYE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–7548. ONTIVEROS v. DORSEY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–7552. OLIVER v. FUCH ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–7578. GLENN v. BARTLETT, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 96–7579. BARNETT v. TEXAS. Ct. App. Tex., 8th Dist. Certiorari denied.

No. 96–7580. GRAY v. NIELSON. C. A. 9th Cir. Certiorari denied.

No. 96–7581. HUFF v. CHAPLEAU, WARDEN. C. A. 6th Cir. Certiorari denied.